THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID MAXWELL, Appellant. [802 NYS2d 505]—

Appeal by the defendant from a judgment of the County Court, Westchester County (Smith, J.), rendered October 24, 2001, convicting him of reckless endangerment in the second degree (two counts), reckless driving, speeding, and unauthorized use of a vehicle in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court providently exercised its discretion in sentencing the defendant as a persistent felony offender. The court's conclusion, as set forth in the record, that the nature of the defendant's criminal conduct, his history, and his character warranted extended incarceration and lifetime supervision is amply supported by the record (see People v Thomas, 255 AD2d 468 [1998]; Penal Law § 70.10 [2]; CPL 400.20 [1]). The defendant's contention that the court sentenced him as a persistent felony offender out of vindictiveness because he refused to accept a particular plea offer is without merit (see People v Thomas, supra).

The defendant's remaining contentions raised in his supplemental pro se brief are unpreserved for appellate review (see CPL 470.05 [2]) and, in any event, are without merit. Adams, J.P., Mastro, Lifson and Lunn, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HASSAN NELSON, Appellant. [801 NYS2d 751]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 10, 2003 (People v Nelson, 302 AD2d 479 [2003]), affirming a judgment of the County Court, Nassau County, rendered December 14, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745 [1983]; People v Stultz, 2 NY3d 277 [2004]). Adams, J.P., Crane, Santucci and Krausman, JJ., concur.